# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

**GREENPAC MILL, LLC**
**4400 ROYAL AVENUE**
**NIAGARA FALLS, NY 14304**

**V.**   CASE NUMBER:

**OCCIDENTAL CHEMICAL CORPORATION**
**OCCIDENTAL TOWER**
**5005 LBJ FREEWAY**
**DALLAS, TX 75244,**

AND

**KIMBERLY-CLARK CORPORATION**
**351 PHELPS DRIVE**
**IRVING, TX 75038,**

AND

**NATIONAL GRID AND NATIONAL GRID U.S. SERVICE COMPANY, INC.**
**40 SYLVAN ROAD**
**WALTHAM, MA 02451**

TO:   Occidental Chemical Corporation
      Occidental Tower
      5005 LBJ Freeway
      Dallas, TX 75244

      Kimberly-Clark Corporation
      351 Phelps Drive
      Irving, TX 75038

      National Grid and National Grid U.S. Service Company, Inc.
      40 Sylvan Road
      Waltham, MA 02451

A LAWSUIT HAS BEEN FILED AGAINST YOU. AS A RESULT, **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

THE SLATER LAW FIRM, PLLC
*Craig A. Slater, of Counsel*
26 Mississippi Street, Suite 400
Buffalo, New York 14203-3014

an answer to the complaint which is herewith served upon you or a motion under Rule 12 of the Federal Rules of Civil Procedure, within Twenty-One (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                          DATE
(BY) DEPUTY CLERK

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

ρ   Served personally upon the defendant. Place where served: _____

ρ   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ρ   Return unexecuted: _____

ρ   Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____          _____
                    *Date*                                                          *Signature of Server*

                                                              _____
                                                              *Address of Server*