UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

GREENPAC MILL, LLC
4400 ROYAL AVENUE
NIAGARA FALLS, NEW YORK 14304,

                    PLAINTIFF,
      v.

OCCIDENTAL CHEMICAL CORPORATION
OCCIDENTAL TOWER
5005 LBJ FREEWAY
DALLAS, TEXAS 75244;

KIMBERLY-CLARK CORPORATION
351 PHELPS DRIVE
IRVING, TEXAS 75038; AND

NATIONAL GRID AND NATIONAL GRID U.S. SERVICE
COMPANY, INC.
40 SYLVAN ROAD
WALTHAM, MASSACHUSETTS 02451

                    DEFENDANTS.

**NOTICE OF EX PARTE MOTION FOR AMENDMENT OF SUMMONS**

*Civil No.* 13-00754

HON. WILLIAM M. SKRETNY

---

PLEASE TAKE NOTICE that Plaintiff GREENPAC MILL, LLC ("Plaintiff"), by its attorney, The Slater Law Firm, PLLC, upon the Affidavit of Craig A. Slater, Esq. with attached exhibits, and pursuant to FRCP Rule 4(a)(2), will move this Court at a date and time to be selected by the Court Clerk, before Judge William M. Skretny in the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, for an Order granting the Plaintiff's *Ex Parte* Motion for Amendment to Summons to change the name of defendant NATIONAL GRID U.S. SERVICE COMPANY, INC. to NATIONAL GRID USA SERVICE COMPANY, INC. ("Defendant").

WHEREFORE, the Plaintiff respectfully requests that this Court grant Plaintiff the request above.

-2-

DATED:	Buffalo, New York
	July 25, 2013

                                         Yours, etc,

                                         THE SLATER LAW FIRM, PLLC

                                         by:  **/s/ Craig A. Slater**_____
                                         *Craig A. Slater, Esq., of Counsel*
                                         *Bar Roll No. 505016*
                                         Attorney for Plaintiff
                                         26 Mississippi Street
                                         Suite 400
                                         Buffalo, New York 14203-3014
                                         (716) 845-6760