UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

GREENPAC MILL, LLC
4400 ROYAL AVENUE
NIAGARA FALLS, NEW YORK 14304,

          PLAINTIFF,

v.

OCCIDENTAL CHEMICAL CORPORATION
OCCIDENTAL TOWER
5005 LBJ FREEWAY
DALLAS, TEXAS 75244;

KIMBERLY-CLARK CORPORATION
351 PHELPS DRIVE
IRVING, TEXAS 75038; AND

NATIONAL GRID AND NATIONAL GRID U.S. SERVICE
COMPANY, INC.
40 SYLVAN ROAD
WALTHAM, MASSACHUSETTS 02451

          DEFENDANTS.

**AFFIRMATION OF CRAIG A. SLATER IN SUPPORT OF EX PARTE MOTION TO AMEND SUMMONS**

*Civil No.* 13-00754

HON. WILLIAM M. SKRETNY

---

CRAIG A. SLATER, under penalty of perjury, hereby affirms, as follows:

1. I am the sole practicing attorney at The Slater Law Firm, PLLC; am admitted to practice law in this Court; and represent Greenpac Mill, LLC (hereinafter "the Plaintiff") in this proceeding and I submit this Affidavit in Support of Plaintiffs' Motion for Summary Judgment pursuant to FRCP Rule 4(a)(2).

2. The Complaint for the above-captioned case was filed on July 22, 2013.

3. The service of process on defendants of the Summons and Complaint has not been completed.

4. The original name of the National Grid defendants was listed in error in the Summons (the original Summons is attached as Exhibit A). The defendant "National Grid U.S. Service

Company, Inc." is rather listed by the New York State Department of State as "National Grid USA Service Company, Inc." Attached as Exhibit B is the NYS Department of State record listing for this company.

5. Attached as Exhibit C is the Amended Summons reflecting the proper legal name of this defendant.

6. There is no prejudice to the defendants since service of process on the defendants has not yet been completed nor issued joined.

THEREFORE, we ask that there be an order granting the amendment.

DATED:    Buffalo, New York
             July 26, 2013

                                        S/ Craig A. Slater
                                        CRAIG A. SLATER