State of New York - Department of State
Receipt for Service

Receipt #:  201308140326                       Cash #:  201308140126
Date of Service:  08/08/2013                   Fee Paid:  $40 - DRAWDOWN
Service Company:  AL LIBERTY CORPORATE SERVICES, INC. - AL

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  NATIONAL GRID USA SERVICE COMPANY, INC.


Plaintiff/Petitioner:
         GREENPAC MILL, LLC



Service of Process Address:
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY,  NY 12207-2543

                                                Secretary of State
                                                By  DONNA CHRISTIE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------

GREENPAC MILL, LLC

                                                Plaintiff

        against

OCCIDENTAL CHEMICAL CORPORATION,
KIMBERLY-CLARK CORPORATION, NATIONAL
GRID and NATIONAL GRID USA SERVICE COMPANY,
INC.

                                                Defendants
------------------------------------------------------------------------------

STATE OF NEW YORK    )
                                ss.:
COUNTY OF RENSSELAER  )

David Carney, being duly sworn deposes and says that he is over the age of eighteen (18) years; that on the 8th day of August, 2013 at the office of the Secretary of State of the State of New York in the City of Albany, New York, he served the Amended Summons and Complaint upon:

**NATIONAL GRID USA SERVICE COMPANY, INC.**

by personally leaving with Donna Christie in the office of the Secretary of State, of the State of New York, two copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to section 306 of the Business Corporation Law.

Deponent further says that he knew the person so served in the office of the Secretary of State of the State of New York, to be duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:
    SEX                         Female
    SKIN COLOR            White
    HAIR COLOR            Medium
    AGE (APPROX)          41
    HEIGHT (APPROX)      5'2"
    WEIGHT (APPROX)     135

                                                                   Deponent

Sworn to before me on August 8, 2013

Gina Carney, Notary Public
#4520783 – Rensselaer County
Commission Expires 3/30/14