State of New York - Department of State
Receipt for Service

Receipt #: 201308140327
Date of Service: 08/08/2013
Service Company: AL LIBERTY CORPORATE SERVICES, INC. - AL

Cash #: 201308140127
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: OCCIDENTAL CHEMICAL CORPORATION

Plaintiff/Petitioner:
GREENPAC MILL, LLC

Service of Process Address:
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By DONNA CHRISTIE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

GREENPAC MILL, LLC

                Plaintiff

    against

OCCIDENTAL CHEMICAL CORPORATION,
KIMBERLY-CLARK CORPORATION, NATIONAL
GRID and NATIONAL GRID USA SERVICE COMPANY,
INC.

                Defendants
-------------------------------------------------------------------

STATE OF NEW YORK  )
          ss.:
COUNTY OF RENSSELAER )

David Carney, being duly sworn deposes and says that he is over the age of eighteen (18) years; that on the 8th day of August, 2013 at the office of the Secretary of State of the State of New York in the City of Albany, New York, he served the Amended Summons and Complaint upon:

**OCCIDENTAL CHEMICAL CORPORATION**

by personally leaving with Donna Christie in the office of the Secretary of State, of the State of New York, two copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to section 306 of the Business Corporation Law.

Deponent further says that he knew the person so served in the office of the Secretary of State of the State of New York, to be duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:
| | |
|---|---|
| SEX | Female |
| SKIN COLOR | White |
| HAIR COLOR | Medium |
| AGE (APPROX) | 41 |
| HEIGHT (APPROX) | 5'2" |
| WEIGHT (APPROX) | 135 |

                _____
                Deponent

Sworn to before me on August 8, 2013

_____
Gina Carney, Notary Public
#4520783 – Rensselaer County
Commission Expires 3/30/14