UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GREENPAC MILL, LLC,

                Plaintiff,

          v.                    **STIPULATION OF DISMISSAL**

OCCIDENTAL CHEMICAL CORPORATION,      Civil Action No.: 1:13-CV-754
KIMBERLY-CLARK CORPORATION,
NIAGARA MOHAWK POWER COMPANY,       HON. WILLIAM M. SKRETNY
d/b/a NATIONAL GRID and/or
NATIONAL GRID USA SERVICE COMPANY, INC.,

                Defendants.
_____

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that this action is hereby dismissed in its entirety, including all claims, cross-claims, and counterclaims, with prejudice and on the merits, and without costs or fees to any party.

Dated:  Buffalo, New York
         November 14, 2014

| | |
|---|---|
| **PHILLIPS LYTLE LLP** | **HISCOCK & BARCLAY** |
| By: /s/ Kevin M. Hogan | By: /s/ Yvonne E. Hennessey |
|     Kevin M. Hogan |     Yvonne E. Hennessey |
| Attorneys for Defendant | Attorneys for Defendants |
| Occidental Chemical Corporation | Niagara Mohawk Power Company, |
| One Canalside | d/b/a National Grid and National Grid USA |
| 125 Main Street | Service Company, Inc. |
| Buffalo, New York 14203-2887 | 80 State Street |
| Telephone No.: (716) 847-8400 | Albany, NY 12207-2543 |
| khogan@phillipslytle.com | Telephone No.: (518) 429-4293 |
| | yhennessey@hblaw.com |

- 2 -

| | |
|---|---|
| **HURWITZ & FINE, P.C.** | **THE SLATER LAW FIRM, PLLC** |
| By: /s/ Andrea Schillaci | By:  /s/ Craig A. Slater |
|       Andrea Schillaci |        Craig A. Slater |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Kimberly-Clark Corporation | Greenpac Mill, LLC |
| 1300 Liberty Building | 26 Mississippi Street, Suite 400 |
| Buffalo, NY  14202-3670 | Buffalo, NY 14203 |
| Telephone No.: (716) 849-9000 | Telephone No.:  (716) 845-6760 |
| as@jurwitzfine.com | cslater@slaterlaw.com |

Doc #01-2799508.1